Richard S. Scott, CSB #172060
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendant
NICHOLAS STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Number: CR 05-00026-02 CRB |
| Plaintiff, | |
| vs. | **STIPULATION AND [proposed] ORDER TO CONTINUE HEARING FROM JULY 11, 2007 TO JULY 18, 2007 AT 2:15 P.M.** |
| NICHOLAS STEWART, | |
| Defendant. _____ / | |

  COMES NOW Richard S. Scott, attorney for defendant NICHOLAS STEWART, and proposes the following stipulation to continue the hearing in this matter from JULY 11, 2007 to July 18, 2007 at 2:15 p.m.

  I am requesting this continuance because I inadvertently failed to notify Mr. Stewart's Probation Officer, Jacqueline Sharpe, who is out of the country on July 11, 2007.

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING

1

CR 05-00026-02 CRB

It has been confirmed that Assistant United States Attorney Robert Rees and Probation Officer Jacqueline Sharpe are available on July 18, 2007. United States Attorney Rees has no objection to this continuance.

It is hereby respectfully requested that the hearing that is presently set for Wednesday, July 11, 2007 at 2:15 p.m., be continued to Wednesday, July 18, 2007 at 2:15 p.m.

Respectfully Submitted:

DATE:  June 29, 2007            _____/s_____
Richard S. Scott
Attorney for Defendant
Nicholas Stewart

DATE:  June 29, 2007            _____/s_____
Robert David Rees
Assistant United States Attorney

## ORDER

Based upon the above stipulation,

IT IS ORDERED that the hearing presently set for Wednesday, July 11, 2007 at 2;15 p.m. be continued to Wednesday, July 18, 2007 at 2:15 p.m.

DATED:  07/05/07  _____
Honorable Charles R. Breyer
United States District Court Judge



STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING

2

CR 05-00026-02 CRB